IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| KAREN CONE; LAURIE COX; and PATRICIA HOBACK | | PLAINTIFFS |
| V. | Civil No. 5:16-CV-5254 | |
| SALSARITA'S FRANCHISING, LLC; COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES, AND JOHN DOES 1-10 | | DEFENDANTS |

**O R D E R**

On March 6, 2018, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 8th day of March, 2018.

*/s/ Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE